# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
TAPIA, JULIO E                      §   Case No. 11-08284
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                   $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-08284 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | TAPIA, JULIO E | | | Date Filed (f) or Converted (c): | 02/28/11 (f) |
| | | | | 341(a) Meeting Date: | 04/13/11 |
| For Period Ending: | 07/30/14 | | | Claims Bar Date: | 09/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3809 N. Lawndale, Chicago, IL 60618 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank Checking | 100.00 | 100.00 | | 0.00 | FA |
| 3. Misc. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5. 2010 Tax Return | 2,173.00 | 573.00 | | 0.00 | FA |
| 6. Personal Injury- Philadelphia Insurace Co. Case Ha | 90,000.00 | 90,000.00 | | 100,000.00 | FA |
| 7. 2002 Jeep Liberty | 3,550.00 | 650.00 | | 0.00 | FA |
| 8. 2002 Volkswagon Passat ( Daughter Drives Car ) | 2,275.00 | 775.00 | | 0.00 | FA |
| 9. 1979 Chevy Tahoe ( Brother in law drives car ) | 550.00 | 550.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $299,298.00 | $92,648.00 | | $100,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case pending in state court

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-08284 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TAPIA, JULIO E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8645 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1357 | | |
| For Period Ending: | 07/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/14 | 6 | PHILADELPHIA IDEMNITY INSURANCE CO CLAIMS ACCOUNT ONE BALA PLAZA SUITE 100 BALA CYNWYD, PA 19004 | PERSONAL INJURY | 1142-000 | 100,000.00 | | 100,000.00 |
| 05/19/14 | 010001 | LARRY L. FLEISCHER & ASSOCIATES 205 WEST RANDOLPH STREET CHICAGO, IL 60606 | Special Counsel fees c/o 1/21/14 | 3220-000 | | 30,000.00 | 70,000.00 |
| 05/19/14 | 010002 | LARRRY L. FLEISCHER & ASSOCIATES, LTD 205 West Randolph St Chicago, IL 60606 | Special Counsel Expenses c/0 1/21/14 | 3210-000 | | 774.43 | 69,225.57 |
| 05/19/14 | 010003 | DR. XAVIER PAREJA BELMAR PHYSICIANS | SECURED LIEN c/o 11/15/2013 | 4210-000 | | 2,660.13 | 66,565.44 |
| 05/19/14 | 010004 | DR. MICHEL MALEK | SECURED LIEN c/o 11/15/13 | 4210-000 | | 2,800.00 | 63,765.44 |
| 05/19/14 | 010005 | GRAND AVENUE SURGERY CENTER | SECURED LIEN c/o 11/15/13 | 4210-000 | | 10,614.23 | 53,151.21 |
| 05/19/14 | 010006 | ARCHER OPEN MRI | SECURED LIEN c/o 11/15/13 | 4210-000 | | 2,740.00 | 50,411.21 |
| 05/19/14 | 010007 | PROFESSIONAL NEUROLOGICAL SERVICES | SECURED LIEN c/o 11/15/13 | 4210-000 | | 1,962.04 | 48,449.17 |
| * 05/19/14 | 010008 | DR. RAHIL KHAN DR. ANIEL HARA ADVANCE HEALTH MEDICAL GROUP LTD. | SECURED LIEN c/o 11/15/13 | 4210-003 | | 2,121.90 | 46,327.27 |
| * 05/19/14 | 010008 | DR. RAHIL KHAN DR. ANIEL HARA ADVANCE HEALTH MEDICAL GROUP LTD. | SECURED LIEN wrong amount | 4210-003 | | -2,121.90 | 48,449.17 |
| 05/19/14 | 010009 | SPECIALIZED RADIOLOGY CONSULTANTS | SECURED LIEN c/o 11/15/13 | 4210-000 | | 53.33 | 48,395.84 |

Page Subtotals 100,000.00 51,604.16

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*
LFORM24

Ver: 18.00a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-08284 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TAPIA, JULIO E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8645 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1357 | | |
| For Period Ending: | 07/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/19/14 | 010010 | PHYSICIANS SURGEY CARE CENTER & MEDCHEX | SECURED LIEN c/o 11/15/13 | 4210-000 | | 10,902.79 | 37,493.05 |
| 05/19/14 | 010011 | WINDY CITY ANESTHESIA | SECURED LIEN c/o 11/15/13 | 4210-000 | | 2,121.90 | 35,371.15 |
| 05/19/14 | 010012 | DR. RAHIL KHAN DR. ANIEL HARA ADVANCE HEALTH MEDICAL GROUP LTD. | SECURED LIEN c/o 11/15/13 | 4210-000 | | 6,145.57 | 29,225.58 |
| 05/19/14 | 010013 | JULIO TAPIA | EXEMPTION C/O 1/21/14 | 8100-000 | | 15,000.00 | 14,225.58 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 100,000.00 | 85,774.42 | 14,225.58 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 100,000.00 | 85,774.42 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 100,000.00 | 70,774.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8645) | 100,000.00 | 70,774.42 | 14,225.58 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,000.00 | 70,774.42 | 14,225.58 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    34,170.26

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 15, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-08284  
Debtor Name: TAPIA, JULIO E

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $7,500.00 | $0.00 | $7,500.00 |
| 001<br>3110-00 | MAXWELL LAW GROUP LTD | Administrative | | $9,061.49 | $0.00 | $9,061.49 |
| 001<br>3220-00 | LARRRY L. FLEISCHER &<br>ASSOCIATES, LTD<br>205 West Randolph St<br>Chicago, IL 60606 | Administrative | | $774.43 | $774.43 | $0.00 |
| 001<br>3210-00 | LARRY L. FLEISCHER &<br>ASSOCIATES<br>205 WEST RANDOLPH STREET<br>CHICAGO. IL 60606 | Administrative | | $30,000.00 | $30,000.00 | $0.00 |
| 000001<br>070<br>7100-00 | Advantage Assets II, Inc.<br>7322 Southwest Frwy, Suite 1600<br>Houston, TX 77074 | Unsecured | | $4,206.54 | $0.00 | $4,206.54 |
| 000002<br>070<br>7100-00 | Advantage Assets II, Inc.<br>7322 Southwest Frwy, Suite 1600<br>Houston, TX 77074 | Unsecured | | $4,206.54 | $0.00 | $4,206.54 |
| 000003<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $2,614.29 | $0.00 | $2,614.29 |
| 000004<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $2,122.11 | $0.00 | $2,122.11 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $5,998.86 | $0.00 | $5,998.86 |
| 050<br>4210-00 | WINDY CITY ANESTHESIA | Secured | | $2,121.90 | $2,121.90 | $0.00 |
| 10<br>050<br>4210-00 | PROFESSIONAL NEUROLOGICAL<br>SERVICES | Secured | | $1,962.04 | $1,962.04 | $0.00 |
| 11<br>050<br>4210-00 | DR. RAHIL KHAN<br>DR. ANIEL HARA<br>ADVANCE HEALTH MEDICAL<br>GROUP LTD. | Secured | | $6,145.57 | $6,145.57 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 15, 2014 |

Case Number: 11-08284  
Debtor Name: TAPIA, JULIO E

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 050 4210-00 | SPECIALIZED RADIOLOGY CONSULTANTS | Secured | | $53.33 | $53.33 | $0.00 |
| 13 050 4210-00 | PHYSICIANS SURGEY CARE CENTER & MEDCHEX | Secured | | $10,902.79 | $10,902.79 | $0.00 |
| 14 999 8100-00 | JULIO TAPIA Debtor | Secured | | $15,000.00 | $15,000.00 | $0.00 |
| 6 050 4210-00 | DR. XAVIER PAREJA BELMAR PHYSICIANS | Secured | | $2,660.13 | $2,660.13 | $0.00 |
| 7 050 4210-00 | DR. MICHEL MALEK | Secured | | $2,800.00 | $2,800.00 | $0.00 |
| 8 050 4210-00 | GRAND AVENUE SURGERY CENTER | Secured | | $10,614.23 | $10,614.23 | $0.00 |
| 9 050 4210-00 | ARCHER OPEN MRI | Secured | | $2,740.00 | $2,740.00 | $0.00 |
| | Case Totals: | | | $121,484.25 | $85,774.42 | $35,709.83 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-08284
Case Name: TAPIA, JULIO E
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                                                                   $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | DR. XAVIER PAREJA | $ | $ | $ | $ |
| 7 | DR. MICHEL MALEK | $ | $ | $ | $ |
| 8 | GRAND AVENUE SURGERY CENTER | $ | $ | $ | $ |
| 9 | ARCHER OPEN MRI | $ | $ | $ | $ |
| 10 | PROFESSIONAL NEUROLOGICAL SERVICES | $ | $ | $ | $ |
| 11 | DR. RAHIL KHAN | $ | $ | $ | $ |
| 12 | SPECIALIZED RADIOLOGY CONSULTANTS | $ | $ | $ | $ |
| 13 | PHYSICIANS SURGEY CARE CENTER & MEDCHEX | $ | $ | $ | $ |
|  | WINDY CITY ANESTHESIA | $ | $ | $ | $ |

Total to be paid to secured creditors                                             $_____

Remaining Balance                                                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP LTD | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP LTD | $ | $ | $ |
| Other: LARRY L. FLEISCHER & ASSOCIATES | $ | $ | $ |
| Other: LARRRY L. FLEISCHER & ASSOCIATES, LTD | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advantage Assets II, Inc. | $ | $ | $ |
| 000002 | Advantage Assets II, Inc. | $ | $ | $ |
| 000003 | Midland Credit Management, Inc. | $ | $ | $ |
| 000004 | Midland Credit Management, Inc. | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE