## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
TAPIA, JULIO E                      §     Case No. 11-08284
                                    §
         Debtor(s)                  §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   CLERK OF THE U.S. BANKR. CT
   219 S. DEARBORN STREET
   7TH FLOOR
   CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/12/2014 in Courtroom 744,
   
   United States Courthouse
   219 South Dearborn
   Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/17/2014            By: /s/ Andrew J. Maxwell
                                              Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TAPIA, JULIO E § Case No. 11-08284
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 85,774.42 |
| leaving a balance on hand of[1] | $ | 14,225.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | DR. XAVIER PAREJA | $ 2,660.13 | $ 2,660.13 | $ 2,660.13 | $ 0.00 |
| 7 | DR. MICHEL MALEK | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 0.00 |
| 8 | GRAND AVENUE SURGERY CENTER | $ 10,614.23 | $ 10,614.23 | $ 10,614.23 | $ 0.00 |
| 9 | ARCHER OPEN MRI | $ 2,740.00 | $ 2,740.00 | $ 2,740.00 | $ 0.00 |
| 10 | PROFESSIONAL NEUROLOGICAL SERVICES | $ 1,962.04 | $ 1,962.04 | $ 1,962.04 | $ 0.00 |
| 11 | DR. RAHIL KHAN | $ 6,145.57 | $ 6,145.57 | $ 6,145.57 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | SPECIALIZED RADIOLOGY CONSULTANTS | $ 53.33 | $ 53.33 | $ 53.33 | $ 0.00 |
| 13 | PHYSICIANS SURGEY CARE CENTER & MEDCHEX | $ 10,902.79 | $ 10,902.79 | $ 10,902.79 | $ 0.00 |
|  | WINDY CITY ANESTHESIA | $ 2,121.90 | $ 2,121.90 | $ 2,121.90 | $ 0.00 |

Total to be paid to secured creditors             $           0.00

Remaining Balance                                 $      14,225.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 7,500.00 | $ 0.00 | $ 6,442.16 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP LTD | $ 8,972.50 | $ 0.00 | $ 7,706.98 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP LTD | $ 88.99 | $ 0.00 | $ 76.44 |
| Other: LARRY L. FLEISCHER & ASSOCIATES | $ 30,000.00 | $ 30,000.00 | $ 0.00 |
| Other: LARRRY L. FLEISCHER & ASSOCIATES, LTD | $ 774.43 | $ 774.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $      14,225.58

Remaining Balance                                          $           0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,148.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advantage Assets II, Inc. | $ 4,206.54 | $ 0.00 | $ 0.00 |
| 000002 | Advantage Assets II, Inc. | $ 4,206.54 | $ 0.00 | $ 0.00 |
| 000003 | Midland Credit Management, Inc. | $ 2,614.29 | $ 0.00 | $ 0.00 |
| 000004 | Midland Credit Management, Inc. | $ 2,122.11 | $ 0.00 | $ 0.00 |
| 000005 | Portfolio Recovery Associates, LLC | $ 5,998.86 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance                                          $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 11-08284-ERW
Julio E Tapia                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez               Page 1 of 2         Date Rcvd: Jul 18, 2014
                               Form ID: pdf006             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2014.
db           +Julio E Tapia,    3809 N. Lawndale BSMT,    Chicago, IL 60618-4114
17263983     +Advanced Health Medical Group,    3055 West Armitage Avenue,    Chicago, IL 60647-3862
16890939     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16890940    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,
              Po Box 20507,    Kansas City, MO 64195)
16890941    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
              Austin, TX 78708)
17263981     #+Dr. Michael Malek,    555 W. Court Street,    Suite 412,    Kankakee, IL 60901-3675
16890942     +Freedman Anselmo Lindberg & Rappe,    1807 West Diehl Rd Suite 333,    PO Box 3228,
              Naperville, IL 60566-3228
17388392     +Grand Avenue Surgical Center,    17 West Grand Avenue,    Chicago, IL 60654-4806
16890943     +Hb Fsb,    2929 Walden Street,    Depew, NY 14043-2602
16890944     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16890945     +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
17679880    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
17263979      Physicians Surgery Care Center,    5241 S Cicero Avenue,    Chicago, IL 60632-4967
17263978      Professional Neurological Services,    P.O. Box 388241,    Chicago, IL 60638-8241
16890948     +Sears/cbsd,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
              Kansas City, MO 64195-0507
17263977     +Specialized Radiology Consultants,    1039 College Avenue,    Wheaton, IL 60187-5794
17263976      St Anthony Emergency SVCS,    physician,    PO B ox 428249,    Evergreen Park, IL 60805
17263975     +St. Anthony Hospital,    2875 W. 19th St.,    Chicago, IL 60623-3596
17263974     +Windy City Anesthesia,    21120 Washington Parkway,    Frankfort, IL 60423-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17432441     +E-mail/Text: ebn@ltdfin.com Jul 19 2014 00:41:10      Advantage Assets II, Inc.,
              7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
17263982     +E-mail/Text: brent@americanmriinc.com Jul 19 2014 00:41:53      Archer Open MRI,
              4365 S. Archer Avenue,    Chicago, IL 60632-2826
16890938      E-mail/Text: ACF-EBN@acf-inc.com Jul 19 2014 00:40:39      Atlantic Credit & Finance, Inc,
              P.O. Box 13386,    Roanoke, VA 24033-3386
16890946     +E-mail/Text: ebn@ltdfin.com Jul 19 2014 00:41:10      Ltd Financial Svcs Lp,
              7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
16890947     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2014 00:41:31      Midland Credit Management,
              Po Box 939019,    San Diego, CA 92193-9019
17433467     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2014 00:41:31      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Larry L Fleischer
17263980    ##+Heart Scan of Chicago,    100 E. Walton, Suite 106,    Chicago, IL 60611-1433
                                                                                         TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2014                                       Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Jul 18, 2014
                              Form ID: pdf006            Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2014 at the address(es) listed below:

```
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Jan M Hulstedt    on behalf of Debtor Julio E Tapia jan@freydinlaw.com,   rjscourtdocs@gmail.com
          Janna L Quarless    on behalf of Debtor Julio E Tapia jquarless@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
          Patrick  Semrad    on behalf of Debtor Julio E Tapia psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                                             TOTAL: 10
```