**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 19 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: Julia Tapia                              )
                                                )
                                                )   Case No. 11 B 08284
                                                )
                                                )
                                                )
                                                )   Chapter 7
              Debtor.                           )
                                                )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF ANDREW J. MAXWELL AND MAXWELL LAW GROUP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $8,972.50 | TOTAL COSTS REQUESTED: | $88.99 |
| TOTAL FEES REDUCED: | $270.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $8702.50 | TOTAL COSTS ALLOWED: | $88.99 |

**TOTAL FEES AND COSTS ALLOWED: $8791.49**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). See also *In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: Aug. 19, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

6/5/2014            Maxwell Law Group, LLC
12:51 PM           Time Detail           Page    2

Tapia, Julio:JULIO TAPIA (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/12/2012 182214 | NAE10 draft Application to Employ MLG Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 1.00 | 225.00 | Billable |
| 1/12/2012 182220 | NAE10 review & revise Application to Employ MLG Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.30 | 67.50 | Billable |
| 1/12/2012 182219 | NAE10 e-mail(s) to/from AJM re: Application to Employ Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.30 0.30 | 67.50 67.50 | No Charge |
| 1/12/2012 182221 | NAE-SR-11 filed Application to Employ MLG Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 160.00 | 0.40 | 64.00 | Billable (12) -64.00 |
| 1/12/2012 177947 | VC copied and served Trustee application to employ attorneys Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 50.00 | 0.20 | 10.00 | Billable (12) -10.00 |
| 1/12/2012 177917 | AJM12 revise application to employ attorneys, declaration, draft order (.5) Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 0.50 | 225.00 | Billable |
| 1/17/2012 182552 | NAE10 scan Attorney Client agreement and save to file for the application to employ special counsel. Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.30 | 67.50 | Billable (12) -67.50 |
| 1/17/2012 182555 | NAE10 e-mail(s) to AJM re: application to employ Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.10 | 22.50 | Billable |
| 1/17/2012 182553 | NAE10 review & revise Application to Employ Special Counsel Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.80 | 180.00 | Billable |
| 1/17/2012 182554 | NAE10 e-mail(s) to L Fleischer re: application to employ Reference: EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.10 | 22.50 | Billable |

141.50

| 6/5/2014 | Maxwell Law Group, LLC | |
|---|---|---|
| 12:51 PM | Time Detail | Page  3 |

Tapia, Julio:JULIO TAPIA (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total | |
|---|---|---|---|---|---|---|
| 1/18/2012 182557 | NAE-SR-11 file Application to Employ Special Counsel Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 160.00 | 0.40 | 64.00 | (12) −64.00 | Billable |
| 1/18/2012 182558 | NAE10 e-mail(s) to L Fleischer re: application filed Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.10 | 22.50 | | Billable |
| 1/18/2012 177944 | VC copied and served Trustee application to employ special counsel Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 50.00 | 0.30 | 15.00 | −15.00 (12) | Billable |
| 1/31/2012 182562 | NAE10 prepare for court today Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.10 | 22.50 | | Billable |
| 1/31/2012 182567 | NAE10 appear in court on the Application to Employ Special Counsel Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 225.00 | 0.60 | 135.00 | | Billable |
| 2/1/2012 178787 | MAS print & saved signed order to employ special counsel Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 75.00 | 0.10 | 7.50 | (12) −7.50 | Billable |
| 5/8/2014 192557 | CJC draft fee application and order for trustees attorney (.6) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.60 | 60.00 | | Billable |
| 5/8/2014 192556 | CJC prepare Prepare rough draft for time details (.6) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 100.00 | 0.60 | 60.00 | | Billable |
| 5/8/2014 193108 | AJM12 appear in court (est) for final fee hearing(.6) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 0.60 | 270.00 | | Billable |
| 6/4/2014 193107 | AJM12 revise fee application and time detail for final fee application (1.5) Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | 450.00 | 1.50 | 675.00 | | Billable |

$86.50

| 6/5/2014 | Maxwell Law Group, LLC | | |
|---|---|---|---|
| 12:51 PM | Time Detail | Page | 5 |

Tapia, Julio:JULIO TAPIA (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/17/2012 179416 | AJM12 revise draft application to employ special counsel, declaration, notice, & D.O., & review retainer agreement re same (.5); email to NAE re revisions & date to notice for hearing (.2); conf. w/ NAE re special counsel declaration not signed, need to delay filing, and settlement allegedly imminent (re contingent fee amount) (.2) Reference:     PERSONAL INJURY | 450.00 | 0.90 | 405.00 | Billable |
| 1/18/2012 177879 | JHS10 conference w/ NAE regarding special counsel & documents received Reference:     PERSONAL INJURY | 275.00 | 0.20 | 55.00 | Billable |
| 1/18/2012 182556 | NAE-SR-11 scan documents sent from L Fleischer Reference:     PERSONAL INJURY | 160.00 | 0.20 | 32.00 ⟳12⟳  -32.00 | Billable |
| 8/16/2012 186456 | NAE10 e-mail(s) to L. Fleischer re: PI case status Reference:     PERSONAL INJURY | 225.00 | 0.20 | 45.00 | Billable |
| 3/29/2013 187674 | NAE10 e-mail(s) to L. Fleischer re: status of PI case Reference:     PERSONAL INJURY | 225.00 | 0.10 | 22.50 | Billable |
| 3/29/2013 187673 | NAE10 review file for case status Reference:     PERSONAL INJURY | 225.00 | 0.20 | 45.00 | Billable |
| 7/8/2013 188950 | NAE10 voicemail from Krumbacher re: PI case Reference:     PERSONAL INJURY | 225.00 | 0.10 | 22.50 | Billable |
| 7/11/2013 189011 | NAE10 t/c from Special Counsel re: settlement offer for PI case Reference:     PERSONAL INJURY | 225.00 | 0.30 | 67.50 | Billable |
| 7/11/2013 189012 | NAE10 review schedules for claim amounts re PI atty questions. Reference:     PERSONAL INJURY | 225.00 | 0.20 | 45.00 | Billable |

32.00

| 6/5/2014 | | Maxwell Law Group, LLC | | |
|---|---|---|---|---|
| 12:51 PM | | Time Detail | | Page 9 |

Tapia, Julio:JULIO TAPIA (continued)

| Date / ID | Attorney / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 1/10/2014 191745 | NAE10 read supplement to 9019 motion Reference: PERSONAL INJURY | 225.00 | 0.30 | 67.50 | Billable |
| 1/10/2014 191783 | CJC received email from AJM re Supplement to approve settlement and allow compensation ready to file (.1); File motion in court (.3); serve list of creditors (.5); diary motions in abacus and the book (.1) Reference: PERSONAL INJURY | 100.00 | 1.00 | 100.00 | Billable |
| 1/10/2014 191740 | NAE10 voicemail from R. Krumbacher Reference: PERSONAL INJURY | 225.00 | 0.10 | 22.50 | Billable |
| 1/21/2014 191813 | NAE10 conference w/ AJM re: court today, possible issues. Reference: PERSONAL INJURY | 225.00 | 0.10 | 22.50 | Billable |
| 1/21/2014 191811 | NAE10 review motions for court today Reference: PERSONAL INJURY | 225.00 | 0.20 | 45.00 | Billable |
| 1/21/2014 191812 | NAE10 appear in court 9019 motion Reference: PERSONAL INJURY | 225.00 | 0.60 | 135.00 | Billable |
| 1/21/2014 191814 | NAE10 e-mail(s) to L. Fleischer re: 9019 motion approved Reference: PERSONAL INJURY | 225.00 | 0.10 | 22.50 | Billable |
| 1/24/2014 191835 | NAE10 t/c from from R. Krumbacher re: settlement release Reference: PERSONAL INJURY | 225.00 | 0.20 | 45.00 | Billable |
| 1/24/2014 192161 | CJC print -out Release & Settlement Agreement for AJM to sign it and notarize it (.1) Reference: PERSONAL INJURY | 100.00 | 0.10 | 10.00 ⟨12⟩ −10.00 | Billable |
| 1/24/2014 192676 | AJM12 review realese + settlement agreement, revise same for execution, review order as attachment(.5) Reference: PERSONAL INJURY | 450.00 | 0.50 | 225.00 | Billable |

*10.00*