UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TAPIA, JULIO E | § | Case No. 11-08284 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JULIO TAPIA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | ARCHER OPEN MRI | | | | | |
| 7 | DR. MICHEL MALEK | | | | | |
| 11 | DR. RAHIL KHAN | | | | | |
| 6 | DR. XAVIER PAREJA | | | | | |
| 8 | GRAND AVENUE SURGERY CENTER | | | | | |
| 13 | PHYSICIANS SURGEY CARE CENTER & MED | | | | | |
| 10 | PROFESSIONAL NEUROLOGICAL SERVICES | | | | | |
| 12 | SPECIALIZED RADIOLOGY CONSULTANTS | | | | | |
| | WINDY CITY ANESTHESIA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| MAXWELL LAW GROUP LTD | | | | | |
| MAXWELL LAW GROUP LTD | | | | | |
| LARRRY L. FLEISCHER & ASSOCIATES, L | | | | | |
| LARRY L. FLEISCHER & ASSOCIATES | | | | | |
| LARRRY L. FLEISCHER & ASSOCIATES, L | | | | | |
| LARRY L. FLEISCHER & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlantic Credit & Finance, Inc P.O. Box 13386 Roanoke, VA 24033-3386 | | | | | |
| | Citibank Usa Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. Po Box 81577 Austin, TX 78708 | | | | | |
| | Hb Fsb 2929 Walden Street Depew, NY 14043 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Ltd Financial Svcs Lp 7322 Southwest Fwy Ste 1 Houston, TX 77074 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Sears/cbsd Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| 000002 | ADVANTAGE ASSETS II, INC. | | | | | |
| 000001 | ADVANTAGE ASSETS II, INC. | | | | | |
| 000004 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000003 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-08284 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | TAPIA, JULIO E | | | Date Filed (f) or Converted (c): | 02/28/11 (f) |
| | | | | 341(a) Meeting Date: | 04/13/11 |
| For Period Ending: | 10/15/14 | | | Claims Bar Date: | 09/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3809 N. Lawndale, Chicago, IL 60618 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank Checking | 100.00 | 100.00 | | 0.00 | FA |
| 3. Misc. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5. 2010 Tax Return | 2,173.00 | 573.00 | | 0.00 | FA |
| 6. Personal Injury- Philadelphia Insurace Co. Case Ha | 90,000.00 | 90,000.00 | | 100,000.00 | FA |
| 7. 2002 Jeep Liberty | 3,550.00 | 650.00 | | 0.00 | FA |
| 8. 2002 Volkswagon Passat ( Daughter Drives Car ) | 2,275.00 | 775.00 | | 0.00 | FA |
| 9. 1979 Chevy Tahoe ( Brother in law drives car ) | 550.00 | 550.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $299,298.00 | $92,648.00 | | $100,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case settlement reached, court approval obtained, waiting for payment, then TFR

PI case in Cook County. Debtor has around 86K in medical bills.

Special Counsel Larry Fleischer handling PI case, depositions taken summer 2012.

PI case pending in state court

TFR FILED AND APPROVED (9/14) TDR IN PROCESS

Initial Projected Date of Final Report (TFR): 12/31/14   Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-08284 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TAPIA, JULIO E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8645 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1357 | | |
| For Period Ending: | 10/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/14 | 6 | PHILADELPHIA IDEMNITY INSURANCE CO<br>CLAIMS ACCOUNT<br>ONE BALA PLAZA<br>SUITE 100<br>BALA CYNWYD, PA 19004 | PERSONAL INJURY | 1142-000 | 100,000.00 | | 100,000.00 |
| 05/19/14 | 010001 | LARRY L. FLEISCHER & ASSOCIATES<br>205 WEST RANDOLPH STREET<br>CHICAGO. IL 60606 | Special Counsel fees<br>c/o 1/21/14 | 3220-000 | | 30,000.00 | 70,000.00 |
| 05/19/14 | 010002 | LARRRY L. FLEISCHER & ASSOCIATES, LTD<br>205 West Randolph St<br>Chicago, IL 60606 | Special Counsel Expenses<br>c/0 1/21/14 | 3210-000 | | 774.43 | 69,225.57 |
| 05/19/14 | 010003 | DR. XAVIER PAREJA<br>BELMAR PHYSICIANS | SECURED LIEN<br>c/o 11/15/2013 | 4210-000 | | 2,660.13 | 66,565.44 |
| 05/19/14 | 010004 | DR. MICHEL MALEK | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 2,800.00 | 63,765.44 |
| 05/19/14 | 010005 | GRAND AVENUE SURGERY CENTER | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 10,614.23 | 53,151.21 |
| 05/19/14 | 010006 | ARCHER OPEN MRI | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 2,740.00 | 50,411.21 |
| 05/19/14 | 010007 | PROFESSIONAL NEUROLOGICAL SERVICES | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 1,962.04 | 48,449.17 |
| * 05/19/14 | 010008 | DR. RAHIL KHAN<br>DR. ANIEL HARA<br>ADVANCE HEALTH MEDICAL GROUP LTD. | SECURED LIEN<br>c/o 11/15/13 | 4210-003 | | 2,121.90 | 46,327.27 |
| * 05/19/14 | 010008 | DR. RAHIL KHAN<br>DR. ANIEL HARA<br>ADVANCE HEALTH MEDICAL GROUP LTD. | SECURED LIEN<br>wrong amount | 4210-003 | | -2,121.90 | 48,449.17 |
| 05/19/14 | 010009 | SPECIALIZED RADIOLOGY CONSULTANTS | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 53.33 | 48,395.84 |
| | | | Page Subtotals | | 100,000.00 | 51,604.16 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-08284 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TAPIA, JULIO E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8645 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1357 | | |
| For Period Ending: | 10/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/19/14 | 010010 | PHYSICIANS SURGEY CARE CENTER & MEDCHEX | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 10,902.79 | 37,493.05 |
| 05/19/14 | 010011 | WINDY CITY ANESTHESIA | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 2,121.90 | 35,371.15 |
| 05/19/14 | 010012 | DR. RAHIL KHAN<br>DR. ANIEL HARA<br>ADVANCE HEALTH MEDICAL GROUP LTD. | SECURED LIEN<br>c/o 11/15/13 | 4210-000 | | 6,145.57 | 29,225.58 |
| 05/19/14 | 010013 | JULIO TAPIA | EXEMPTION<br>C/O 1/21/14 | 8100-000 | | 15,000.00 | 14,225.58 |
| 08/19/14 | 010014 | MAXWELL LAW GROUP LTD | Attorney for Trustee Fees (Trustee<br>c/o 8/19/2014<br>    Fees         7,598.94<br>    Expenses       77.71 | <br><br>3110-000<br>3120-000 | | 7,676.65 | 6,548.93 |
| 08/19/14 | 010015 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 8/19/2014 | 2100-000 | | 6,548.93 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 100,000.00 | 100,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 100,000.00 | 100,000.00 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 100,000.00 | 85,000.00 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - ********8645) | 100,000.00 | 85,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 100,000.00 | 85,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals        0.00        48,395.84

Ver: 18.01

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-08284 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | TAPIA, JULIO E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8645 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1357 | | |
| For Period Ending: | 10/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******8645 | | Transfers) | To Debtors) | On Hand |

Page Subtotals          0.00          0.00

Ver: 18.01